# Court of Appeals
# of the State of Georgia

ATLANTA,  February 04, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0992.  KARI SAMUELSON, AS SUCCESSOR EXECUTOR OF THE ESTATE OF ALAN DICKINSON v. VINCENT DAWSON.**

Kari Samuelson, as Successor Executor of the Estate of Alan Dickinson, filed this direct appeal from the superior court's order granting a motion filed by Vincent Dawson to enforce a settlement agreement.  In that motion, Dawson also sought an award of attorney fees under OCGA § 13-6-11.  The superior court's order reserved the issue of attorney fees.  We lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995); see also OCGA § 5-6-34 (a) (1).  Here, in the order granting Dawson's motion to enforce the settlement agreement, the superior court specifically reserved ruling on the request for attorney fees, which leaves the case pending below.  See *CitiFinancial Svcs., Inc. v. Holland*, 310 Ga. App. 480, 481 (713 SE2d 678) (2011).  Samuelson therefore was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to appeal the superior court's order.  See OCGA § 5-6-34 (b); *Miller v. Miller*, 282 Ga. 164, 164-165 (646 SE2d 469) (2007); *CitiFinancial Svcs., Inc.*, 310 Ga. App. at 481.  Her failure to do so deprives us of

jurisdiction over this direct appeal, which is hereby DISMISSED.  See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  02/04/2019
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*